IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MAURICE S. PORTER,<br>a/k/a MAURICE S. RASHID, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL HALEY, et al., ) <br> ) <br> Defendants. ) | CV 01-N-2193-W |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 7, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for lack of jurisdiction on the grounds that the plaintiff's claims have become moot. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for the reason that the plaintiff's claims have become moot and the court therefore lacks jurisdiction. A Final Judgment will be entered.

DATED this 14th day of Nov., 2002.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE